AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

MICHAEL HOWARD HUNTER,

                  v.

OZZIE KNEZOVICH,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-268-JLQ

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED the petition is DENIED.

September 3, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Virginia Reisenauer

*(By) Deputy Clerk*

Virginia Reisenauer